THE STATE EX REL. DEWINE, ATTY. GEN., ET AL.,
*v.* GMAC MORTGAGE, L.L.C, ET AL.

2016-Ohio-985.]

(No. 2011–0890—Submitted February 8, 2012—Decided March 15, 2016.)

{¶ 1} The certified question of state law was improvidently accepted for review. Accordingly, this cause is dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Michael DeWine, Attorney General, Michael J. Hendershot, Chief Deputy Solicitor, and Jeffery R. Loser, Assistant Attorney General, for petitioner state of Ohio.

Phillip F. Cameron, Richard E. Hackerd, and Benjamin M. Maraan II, for petitioners Lois Blank, William Stroble, Blair Ritze, Brandon Ritze, and Rebecca Lawson.

Carpenter Lipps & Leland, L.L.P., Jeffrey A. Lipps, and David A. Wallace, for respondents GMAC Mortgage, L.L.C., and Ally Financial, Inc.

Kirkland & Ellis, L.L.P., and Daniel T. Donovan, for respondent Ally Financial, Inc.

Kerger & Hartmann, L.L.C., Richard M. Kerger, and Khary Hanible, for respondent Jeffrey Stephan.

Murray & Murray Co., L.P.A., John T. Murray, Leslie O. Murray, and Michael J. Stewart, in support of petitioners for amicus curiae Sondra Anderson.

Ohio Poverty Law Center and Linda I. Cook, in support of petitioners for amici curiae Advocates for Basic Legal Equality, Legal Aid Society of Cleveland, Legal Aid Society of Columbus, Community Legal Aid Services, Inc., Legal Aid Society of Southwest Ohio, L.L.C., Southeastern Ohio Legal Services, Pro Seniors, and Ohio Poverty Law Center.

Porter, Wright, Morris & Arthur, L.L.P., James D. Curphey, Kathleen M. Trafford, and L. Bradfield Hughes; and Buckley Sandler, L.L.P., Benjamin B. Klubes, and Robin C. Quattrone, in support of respondents for amicus curiae Barclays Capital Real Estate, Inc., d.b.a. HomEq Servicing.